# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-cv-1085 |
| CINDY JANOVETZ, PEORIA PUBLIC SCHOOLS, MR. STIMELING, OFFICER MARTIN, | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Motion to Proceed *in forma pauperis* filed by Plaintiff, Latricia Foster, on April 7, 2008 [Doc. 2]. The Motion is GRANTED.

The Complaint alleges that on March 7, 2008, Plaintiff entered her daughter's school and attempted to speak to the Principal, Cindy Janovetz, regarding a problem with the child. A verbal altercation ensued and Plaintiff was asked to leave the office by Mr. Stimeling, presumably a school official. When Plaintiff stepped out into the hallway, she was again asked to leave the premises. Plaintiff told Mr. Stimeling that she would leave as soon as her daughter appeared. At this point, Officer Martin arrived and, apparently without warning, seized Plaintiff's left arm and arrested her. Plaintiff further claims that during the arrest, Mr. Stimeling grabbed her right arm.

Title 28 U.S.C. §1915 permits an indigent individual to proceed in federal court without the prepayment of the $350.00 filing fee. Plaintiff has submitted an

affidavit in which she indicates that she is employed and makes $580 a month, except during the summer. She states that she has no other sources of income except that her minor son receives $249.00 in social security income and that she receives $700.00 in child support for two children. Plaintiff further represents that she owns nothing of value and has only $50.00 in a savings account. In light of this information, Plaintiff does not appear to have the funds to pay the $350.00 filing fee at this time. As such, her Motion to Proceed *in forma pauperis* is GRANTED.

Section 1915 further provides, however, that a Complaint may be dismissed if it fails to state a claim upon which relief may be granted or if the action is frivolous. Plaintiff is proceeding pro se and appears to assert that she was subjected to excessive force and false arrest. Title 42 U.S.C. § 1983 provides that a person may be liable for damages if he or she deprives another of his or her constitutionally protected rights. In this matter, Plaintiff asserts that her Fourth Amendment right, to be free from an unreasonable seizure (as applied to state actors via the due process clause of the Fourteenth Amendment), was violated by Officer Martin when he arrested her and by Mr. Stimeling when he assisted in the arrest. Reynolds v. Jamison, 488 F.3d 756, 764-765 (7th Cir. 2007). Plaintiff also appears to allege that Mr. Stimeling committed common law battery by grabbing her right arm during the arrest.

However, there is no allegation that Principal Janovetz was personally involved in any constitutional violation. See Sanville v. McCaughtry, 266 F.3d 724, 740 (7th Cir. 2001). Nor is there any indication in the Complaint how the Peoria

Public Schools are involved in any of the alleged constitutional deprivations.  As such, both Janovetz and the Peoria Public Schools are DISMISSED.

IT IS THEREFORE ORDERED:

1.  Plaintiff's Motion to Proceed *in forma pauperis* is GRANTED.

2.  Defendants Janovetz and Peoria Public Schools are DISMISSED.

3.  The Clerk shall provide to Plaintiff two summons and two service forms to be filled out in order to effect service on Defendants Stimeling and Martin.  Plaintiff is DIRECTED to fill out these forms completely and accurately.  Plaintiff should indicate Defendants' work addresses on the documents.  Plaintiff SHALL submit the completed forms and two copies of the Complaint to the Clerk within thirty (30) days of the date of this Order.

4.  Upon receipt, the Clerk is directed to submit the summons, copies of the Complaint, and the service documents to the United States Marshal for service.

5.  The United States Marshal is directed to serve process in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Entered this <u>18th</u> day of April, 2008

                                                  s/ Joe B. McDade
                                                  JOE BILLY MCDADE
                                               United States District Judge