**E-FILED**
Wednesday, 18 June, 2008  03:37:50 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
## for the

Latricia Foster )
Plaintiff )
v. )  Civil Action No.
Officer R. Martin )  1:08-CV-1085
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Robert Martin
600 SW Adams St
Peoria, IL 61602

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Pamela E. Robinson*
Name of clerk of court

s/ S. Marvel

Date: __6/18/08__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Latricia Foster
_____
Plaintiff )
)
v.    ~~Cindy Janouetz~~ Steve Stimeling )
_____
Defendant )
)

Civil Action No.

1:08- CV- 1085

## Summons in a Civil Action

To: *(Defendant's name and address)*

Steve Stimeling
3202 N. Wisconsin
Peoria, IL 61603

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Pamela E. Robinson
_____
Name of clerk of court

Date: ___6/18/08___

s/ S. Marvel
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*