U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latricia Foster | 1:08-CV-1085 |
| DEFENDANT | TYPE OF PROCESS |
| Steven Stimeling | FILED |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven Stimeling

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3202 N. Wisconsin, Peoria, IL 61603

JUL - 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latricia Foster
2828 N. Harper Ter
Peoria, IL 61604

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Latricia Foster

TELEPHONE NUMBER: 251-0083
DATE: 6-13-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 7 | Signature of Authorized USMS Deputy or Clerk s/ K. Sanders | Date 6-19-8 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Susy Long (Receptionist)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7-2-08   Time: 1:00 pm
Signature of U.S. Marshal or Deputy
s/ Deputy U.S. Marshal

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 4 | Forwarding Fee 2.02 | Total Charges 47.02 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: 1 Susm 1 hour

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Latricia Foster
_____
Plaintiff
v.
~~Cindy Janovetz~~ Steve Stimeling
_____
Defendant

Civil Action No. 1:08-CV-1085

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Steve Stimeling
3202 N. Wisconsin
Peoria, IL 61603

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Pamela E. Robinson
_____
Name of clerk of court

Date: 6/18/08

s/ S. Marvel
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*