IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 08-1085 |
| ) | |
| CINDY JANOVETZ, PEORIA PUBLIC ) | |
| SCHOOLS, MR. STIMELING, OFFICER ) | |
| MARTIN, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

SONNI C. WILLIAMS, Assistant Corporation Counsel for the City of Peoria, Illinois, hereby enters her appearance on behalf defendant OFFICER MARTIN.

Respectfully submitted,

OFFICER MARTIN,
Defendant,

By s/ Sonni C. Williams
SONNI C. WILLIAMS, #6270829
Attorney for Defendant
419 Fulton Street, #207
Peoria, IL 61602
Ph.    (309) 494-8590
Fax    (309) 494-8559
E-mail: swilliams@ci.peoria.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed the document by United States Postal Service with prepaid postage to the following non-CM/ECF participant:

Latricia Foster
2828 N. Harper Terrace
Peoria, IL 61604

                        s/ Sonni C. Williams
                        SONNI C. WILLIAMS, #6270829
                        Attorney for Defendant
                        419 Fulton Street, #207
                        Peoria, IL 61602
                        Ph.    (309) 494-8590
                        Fax   (309) 494-8559
                        E-mail: swilliams@ci.peoria.il.us