IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 08-1085 |
| ) | |
| CINDY JANOVETZ, PEORIA PUBLIC ) | |
| SCHOOLS, MR. STIMELING, OFFICER ) | |
| MARTIN, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT OFFICER MARTIN'S ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES Defendant OFFICER MARTIN, by his attorney, Assistant Corporation Counsel SONNI C. WILLIAMS, and for his Answer and Affirmative Defenses to Plaintiff's Complaint, states:

### ANSWER

#### I. FEDERAL JURISDICTION

1. Defendant admits the jurisdiction of the Court and proper venue is in the Peoria Division of the Central District of Illinois.

#### II. PARTIES

2. Defendant admits the Plaintiff's current address is 2828 N. Harper Terrace, Peoria, IL.

3. Defendant Officer Martin admits that on March 7, 2008, he was and still remains employed as a Police Officer at the Peoria Police Department, but his employer is the City of Peoria.

#### III. LITIGATION HISTORY

A. Defendant Officer Martin has insufficient information to admit or deny whether the Plaintiff has brought any other lawsuit in state court or federal court dealing

with same facts involved in this case, except to state that Plaintiff is a defendant in the state criminal case 08-CM-575 in the 10th Judicial Circuit, Peoria County, Illinois, stemming from the same facts involved in this case.

      B.     Defendant Officer Martin has insufficient information to admit or deny whether the Plaintiff has brought any other lawsuit in federal court while incarcerated.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

      A.     Defendant Officer Martin has insufficient information to admit or deny whether a grievance procedure was available at Plaintiff's institution.

      B.     Defendant Officer Martin has insufficient information to admit or deny whether the Plaintiff filed a grievance concerning the facts relating to this complaint.

      C.     Defendant Officer Martin has insufficient information to admit or deny whether the grievance process was completed.

## V. STATEMENT OF CLAIMS

Defendant admits the place of occurrence of the alleged §1983 violations.

Defendant admits the date of occurrence of the alleged §1983 violations.

Defendant Officer Martin has insufficient information to admit or deny the Plaintiff's factual allegations to Cindy Janovetz.

Defendant Officer Martin has insufficient information to admit or deny part of Plaintiff's factual allegations to Mr. Stimeling prior to Defendant Officer Martin arriving at the school, except to state that Officer Martin was called to assist Mr. Stimeling.

Defendant Officer Martin denies any allegations that he falsely arrested the Plaintiff.

Defendant Officer Martin denies any allegations that he used any excessive force on Plaintiff.

## PLAINTIFF'S RELIEF REQUESTED

Defendant Officer Martin denies the allegations contained in the relief requested.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Defendant Officer Martin, respectfully prays that this Court enter an Order granting judgment in his favor and against the Plaintiff, that he be awarded his costs and attorney's fees, and for such relief as the Court deems just. DEFENDANT DEMANDS TRIAL BY JURY.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. Defendant Officer Martin did not violate Plaintiff's clearly established constitutional or statutory rights and is protected by qualified immunity.

### Second Affirmative Defense

2. With respect to any state law claims, Defendant Officer Martin as peace officer in performance of his duties executing and enforcing the laws of the State of Illinois, Defendant Officer Martin is entitled to immunity pursuant to § 2-202 of the Illinois Local Governmental and Governmental Employee Tort Immunity Act, 745 ILCS 10/1-101 *et seq.*

WHEREFORE, Defendant OFFICER MARTIN, respectfully prays that this Court enter an Order granting judgment in his favor and against the Plaintiff, that he be awarded his costs and attorney's fees, and for such relief as the Court deems just. DEFENDANT DEMANDS TRIAL BY JURY.

OFFICER R. MARTIN, Defendant,

By s/ Sonni C. Williams
SONNI C. WILLIAMS, #6270829
Attorney for Defendant
419 Fulton Street, #207
Peoria, IL 61602
Ph.   (309) 494-8590
Fax   (309) 494-8559
E-mail: swilliams@ci.peoria.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and hereby certify that I have mailed the document by United States Postal Service with prepaid postage to the following non-CM/ECF participant:

Latricia Foster
2828 N. Harper Terrace
Peoria, IL 61604

                              s/ Sonni C. Williams
                              SONNI C. WILLIAMS, #6270829
                              Attorney for Defendant
                              419 Fulton Street, #207
                              Peoria, IL 61602
                              Ph.    (309) 494-8590
                              Fax    (309) 494-8559
                              E-mail: swilliams@ci.peoria.il.us