UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER, | ) |
|       Plaintiff, | ) |
| vs. | )    08-CV-1085 |
| STEVE STIMELING, CINDY JANOVETZ, and PEORIA SCHOOL DISTRICT NO. 150, | ) |
|       Defendants. | ) |

ENTRY OF APPEARANCE AND
MOTION FOR EXTENSION OF TIME TO PLEAD

Now come Defendants, STEVE STIMELING, PEORIA PUBLIC SCHOOL DISTRICT 150, and CINDY JANOVETZ, by their attorney, CHARLES G. ROTH and KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C. and move this Court as follows:

1. This Court on 18 April 2008 entered an Order dismissing Defendants Janovetz and School District 150 dismissing the Complaint as to both. It is unclear as to whether those Defendants are now properly before the Court.

2. On 8 July 2008, this Court entered an Order that Defendant Stimeling was to answer on today's date, 22 July 2008.

3. Defendants Stimeling, Janovetz and School District 150 request an extension of 14 days in which to file their initial pleading. The extension will not prejudice the Plaintiff. The extension is required further because of the structure of the pleading received by Defendant Stimeling, which purports to include the School District and Janovetz in spite of the Court's earlier Order of Dismissal.

4. Defendants enter their appearance through their attorney in compliance with Rule 12 and move that this Court grant them an extension of 14 days within which to plead.

        STEVE STIMELING, CINDY JANOVETZ,
        And PEORIA SCHOOL DISTRICT NO. 150

        KAVANAGH, SCULLY, SUDOW,
        WHITE & FREDERICK, P.C.

          s/ Charles Roth

By: _____
        CHARLES G. ROTH
        ARDC # -2300113

## PROOF OF MAILING

CHARLES G. ROTH, being first duly sworn upon oath, deposes and states that he served the above pleading 22 July 2008, by depositing same in the mail to all parties who have appeared and by electronic mail to the U. S. District Court

Sonni Choi Williams
Ass't City Attorney
City of Peoria
419 Fulton Street
Peoria, IL  61602

Latricia Foster
2828 N. Harper Terrace
Peoria, IL  61604

E-Mail Transmission to:  kerin_burns@ilcd.uscourts.gov

being their business address as disclosed by the pleadings of record herein, with first class postage fully prepaid, and by depositing in a United States Mail Post Office Box at Peoria, Illinois, and/or by hand delivery, this 22nd day of July 2008.

s/ Charles Roth

CHARLES G. ROTH

Subscribed and sworn to before me
this 22nd day of July, 2008.

s/ Jessie Morss

Notary Public

OFFICIAL SEAL
JESSIE M MORSS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/16/10