E-FILED
Friday, 08 August, 2008  09:18:23 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 08-CV-1085 |
| | ) |
| STEVE STIMELING and OFFICER ROBERT MARTIN, | ) ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES DAVID A. PERKINS, of HEYL, ROYSTER, VOELKER & ALLEN, Attorneys, and hereby enters his appearance on behalf of Defendant STEVE STIMELING in the above-captioned matter.

STEVE STIMELING, Defendant

By: _____s/ David A. Perkins_____
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John Heil Jr. - #6237286
124 SW Adams Street, Suite 600
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jheil@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Additionally, a copy of the foregoing was served upon the *pro se* Plaintiff by enclosing the same in an envelope addressed to same, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 8th day of August, 2008.

Latricia Foster
2828 N. Harper Terrace
Peoria, Illinois 61604
*Pro Se Plaintiff*

Sonni C. Williams, Esq.
Assistant Corporation Counsel
419 Fulton Street, Suite 207
Peoria, Illinois 61602
*Attorney for Defendant Martin*

                                            s/ David A. Perkins
                                          David A. Perkins - #6195542

G:\33\R9633\R9633PMI 002 Appearance by David Perkins.wpd

**HEYL ROYSTER VOELKER & ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2