UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LATRICIA FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 08-cv-1085 |
| | ) |
| STEVE STIMELING and OFFICER ROBERT MARTIN, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT STEVE STIMELING'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

NOW COMES one of the defendants, STEVE STIMELING, by his attorneys, David A. Perkins and John Heil Jr., of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer and Affirmative Defenses to Plaintiff's Complaint, states as follows:

**I.  FEDERAL JURISDICTION**

1.  Defendant Stimeling admits that federal jurisdiction is predicated upon 28 U.S.C. § 1331, but denies that the Complaint articulates any valid cause of action.

**II.  PARTIES**

A.  Defendant Stimeling admits that Latricia Foster is the plaintiff in this action and that her current address upon the filing of the Complaint was 2828 N. Harper Terrace, Peoria, Illinois.

B.  Pursuant to the Court's Order of April 18, 2008 (ECF # 3), Defendant Stimeling denies that Cindy Janovetz and District 150 are defendants to this action.

**III.  LITIGATION HISTORY**

A.  Defendant Stimeling possesses insufficient information sufficient to form a

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

belief as to the truth or falsity of the allegations contained in this Paragraph.

B.  Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of the allegations contained in this Paragraph.

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of the statement contained in this Paragraph.

B.  Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of the statement contained in this Paragraph.

C.  Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of the statement contained in this Paragraph.

## V.  STATEMENT OF CLAIM

Defendant Stimeling admits that the location of the alleged § 1983 violations was 2612 N. Bootz Avenue, Peoria, Illinois.

Defendant Stimeling admits that the date of the alleged § 1983 violations was March 7, 2008.

Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of any of Plaintiff's allegations regarding her experiences, observations or conduct prior to her arrival at Columbia Middle School on March 7, 2008.

Defendant Stimeling possesses insufficient information sufficient to form a belief as to the truth or falsity of any Plaintiff's allegations regarding phone conversations she conducted while at Columbia Middle School on March 7, 2008.

Defendant Stimeling denies each and every allegation pertaining to the conduct of Cindy Janovetz contained in Plaintiff's Statement of Claim and demands strict proof thereof.

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

2

Defendant Stimeling denies each and every allegation pertaining to Defendant Stimeling's conduct contained in Plaintiff's Statement of Claim and demands strict proof thereof.

Defendant Stimeling denies Plaintiff was falsely arrested by Defendant Officer Martin.

Defendant Stimeling denies he participated in or acted in furtherance of an unlawful seizure or false arrest of Plaintiff on March 7, 2008.

Defendant Stimeling denies his actions toward Plaintiff on March 7, 2008 were motivated by racial animus.

## RELIEF REQUESTED

Defendant Stimeling denies each and every allegation contained in Plaintiff's prayer for relief and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

Defendant Stimeling asserts the following affirmative defenses to Plaintiff's purported clams:

1. Defendant Stimeling acted as any reasonably competent public official or employee would have and did not violate a clearly established federal constitutional or statutory right held by Plaintiff. Therefore, he is entitled to qualified immunity from Plaintiff's § 1983 claims insofar as they seek damages against him in his individual capacity.

2. As an employee of Peoria School District 150, which constitutes a "local public entity" pursuant to Section 1-206 of the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/1-101 *et seq.*, Defendant Stimeling is entitled to the immunities provided by Sections 2-202 and 2-204 of the Act insofar as the Complaint may be construed to allege state law tort claims.

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**DEFENDANT STIMELING DEMANDS TRIAL BY JURY**

                              STEVE STIMELING, Defendant

By:          s/ John Heil Jr.
HEYL, ROYSTER, VOELKER & ALLEN
David A. Perkins - #6195542
John Heil Jr. - #6237286
124 SW Adams Street, Suite 600
Peoria, Illinois 61602
(309) 676-0400
(309) 676-3374 (fax)
dperkins@hrva.com
jheil@hrva.com

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Additionally, a copy of the foregoing was served upon the *pro se* Plaintiff by enclosing the same in an envelope addressed to same, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Peoria, Illinois, on the 8th day of August, 2008.

Latricia Foster
2828 N. Harper Terrace
Peoria, Illinois 61604
*Pro Se Plaintiff*

Sonni C. Williams, Esq.
Assistant Corporation Counsel
419 Fulton Street, Suite 207
Peoria, Illinois 61602
*Attorney for Defendant Martin*

                                                                       s/ John Heil Jr.
                                                                      John Heil Jr. #6237286

G:\33\R9633\R9633PAN 001 Answer and Affirmative Defenses.wpd

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400